NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EDMUND MANCHESTER,                    )
                                      )
           Appellant,                 )
                                      )
v.                                    )        Case No. 2D18-2063
                                      )
STATE OF FLORIDA,                     )
                                      )
           Appellee.                  )
_____  )

Opinion filed March 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Ramiro Manalich, Judge.


PER CURIAM.


           Affirmed.


NORTHCUTT, MORRIS, and SMITH, JJ., Concur.